UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VINCENT HUBBARD,<br><br>               Plaintiff,<br><br>    v.<br><br>KENNETH MARSHALL,<br><br>               Defendant. | No. CV 07-2872 GAF (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT IS ORDERED that (1) the Second Amended Complaint is stricken; (2) defendants Vardaro and Wong are dismissed with prejudice; and (3) defendant Marshall is required to file an answer to the First Amended Complaint within 30 days of the date of this order.

DATED: July 15, 2010

                                                        GARY A. FEESS<br>
                                        United States District Judge