UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT HUBBARD,<br><br>    Plaintiff,<br><br>v.<br><br>K. MARSHALL, et al.,<br><br>    Defendants. | No. CV 07-2872 GAF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting defendant summary judgment on plaintiff's claim and dismissing this action with prejudice.

DATED: November 11, 2011

/s/ Gary Feess

GARY A. FEESS
United States District Judge