UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT HUBBARD, | ) No. CV 07-2872 GAF (FFM) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| K. MARSHALL, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his First Amended Complaint and that this action is dismissed with prejudice.

DATED: November 11, 2011

*/s/ Gary Feess*

GARY A. FEESS
United States District Judge